Argued and submitted January 26, reversed and remanded for reconsideration October 6, 1993, reconsideration denied February 23, petition for review pending 1994

In the Matter of the Compensation of
Mark L. Hadley, Claimant.

Mark L. HADLEY,
*Petitioner,*

*v.*

SILVERTON FOREST PRODUCTS,
Self-Insured Employer,
*Respondent.*

(WCB 90-18036; CA A74784)

861 P2d 365

Kevin Keaney, Portland, argued the cause for appellant. With him on the brief was Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland.

Craig A. Staples, Portland, argued the cause for respondent. With him on the brief was Roberts, Reinisch, MacKenzie, Healey & Wilson, P.C., Portland.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Meyers v. Darigold, Inc.*, 123 Or App 217, 861 P2d 352 (1993).